Ruby H. Kazi (CA 243872)
Lily A. North (CA 260709)
BENESCH FRIEDLANDER COPLAN
& ARONOFF LLP
One Montgomery, Suite 2700
San Francisco, California 94104-4505
Telephone:   628.600.2250
Facsimile:    628.221.5828
rkazi@beneschlaw.com
lnorth@beneschlaw.com

Attorneys for Defendant DoorDash, Inc.

# IN THE UNITED STATE DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONA'S LIL EATS, LLC, on its own behalf and on behalf of all others similarly situated<br><br>              Plaintiff,<br><br>       v.<br><br>DOORDASH, INC.,<br><br>              Defendant. | Case No. 20-cv-6703<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that the undersigned hereby appears as counsel of record for Defendant DoorDash, Inc. in the above-captioned action. Ruby H. Kazi hereby certifies that she is admitted to practice in this Court and requests that a copy of all subsequent pleadings and papers be served upon her at the following address:

> Ruby H. Kazi
> Benesch, Friedlander, Coplan & Aronoff, LLP
> One Montgomery, Suite 2700
> San Francisco, CA 94104
> Telephone: (628) 600-2250
> Email: rkazi@beneschlaw.com

Dated: November 10, 2020

*Attorneys for Defendant DoorDash, Inc.*
Respectfully submitted,

*s/ Ruby H. Kazi*
Ruby H. Kazi (CA 243872)
Lily A. North (CA 260709)
Benesch, Friedlander, Coplan & Aronoff LLP
One Montgomery, Suite 2700
San Francisco, California 94104-4505
Telephone: 628.600.2250
Facsimile: 628.221.5828
Email: rkazi@beneschlaw.com
         lnorth@beneschlaw.com

Attorneys for Defendant DoorDash, Inc.

**ECF ATTESTATION**

In accordance with Local Rule 5-1(i)(3), I, Ruby H. Kazi, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.