UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONA'S LIL EATS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>DOORDASH, INC.,<br><br>        Defendant. | Case No. 20-cv-06703-TSH<br><br>**ORDER FINDING AS MOOT MOTION TO DISMISS**<br><br>Re: Dkt. No. 21 |

Pending before the Court is the Motion to Dismiss filed by Defendant DoorDash, Inc. ECF No. 21. However, on December 1, 2020, Plaintiff filed an Amended Complaint. ECF No. 26. Under Federal Rule of Civil Procedure 15(a)(1), a party "may amend its pleading once as a matter of course" within 21 days after that pleading is served, or 21 days after service of a responsive pleading or motion under Rule 12. "[T]he general rule is that an amended complaint supercedes the original complaint and renders it without legal effect . . . ." *Lacey v. Maricopa County*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc). Thus, as no prior amended complaints have been filed, Plaintiff had the right to file an amended complaint as a matter of course under Rule 15(a). And, since the pending motion is based on the superceded complaint, the Court **DENIES** the motion as moot.

**IT IS SO ORDERED.**

Dated: December 1, 2020

THOMAS S. HIXSON  
United States Magistrate Judge