Ruby H. Kazi (CA 243872)
Lily A. North (CA 260709)
Benesch, Friedlander, Coplan & Aronoff LLP
One Market Street
Spear Tower, 36th Floor
San Francisco, California 94105
Telephone:   628.600.2250
Facsimile:    628.221.5828
rkazi@beneschlaw.com
lnorth@beneschlaw.com

Emily N. Dillingham (*pro hac vice*)
Lauren C. Tortorella (*pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312-212-4949
edillingham@beneschlaw.com
ltortorella@beneschlaw.com

Counsel for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LONA'S LITTLE EATS, LLC, on its own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOORDASH, INC.,<br><br>Defendant. | Case No. 3:20-cv-6703-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE** |

Pursuant to Local Rule 6-2, Plaintiff, Lona's Lil Eats, LLC ("Lona's") and Defendant DoorDash, Inc. ("DoorDash") (collectively, the "Parties"), by and through their respective counsel, stipulate to and request an order approving an extension of the time set to complete mediation from April 16, 2021 to May 31, 2021.

In support of this Stipulated and [Proposed] Order, the Parties state as follows:

1.    In its Order Vacating CMC; Case Management Order (Dkt. No. 38), the Court set April

1  16, 2021 as the date by when the parties are to complete private mediation.

2      2.    Although the Parties preliminarily agreed on a mediator, they were unable to schedule a date with that mediator prior to April 16, 2021.

    3.    The Parties are meeting and conferring about potential alternative mediators and dates available for mediation. While they strive to complete mediation as soon as possible, in order to accommodate mediator availability, the Parties stipulate to and request the Court approve an extension of time to complete the mediation by May 31, 2021.

    4.    There were two previous time modifications in this case. The first was requested on October 27, 2020, wherein the Parties stipulated and agreed to a fourteen-day extension for DoorDash to answer or otherwise respond to the complaint. ECF No. 14. The second stipulated request was made on November 23, 2020, wherein the Parties agreed to a one-week extension for Lona's to respond to DoorDash's Motion to Dismiss.

    5.    Granting this stipulated request to extend the mediation deadline will not otherwise alter the date of any other deadlines already fixed by this Court. *See* ECF No. 38.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: March 30, 2021                  Respectfully submitted,

/s/ Ruby H. Kazi
Emily N. Dillingham (*pro hac vice*)
Lauren C. Tortorella (*pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312-212-4949
edillingham@beneschlaw.com
ltortorella@beneschlaw.com

Ruby H. Kazi (CA 243872)
Lily A. North (CA 260709)
Benesch, Friedlander, Coplan & Aronoff LLP
One Market Street
Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone:  628.600.2250
Facsimile:   628.221.5828
rkazi@beneschlaw.com
lnorth@beneschlaw.com
Counsel for Defendant

/s/ Steven A. Schwartz
Steven A. Schwartz (pro hac vice)
Zachary P. Beatty (pro hac vice)
Chimicles Schwartz Kriner & Donaldson-Smith LLP
361 W. Lancaster Ave.
Haverford, PA 19041
Telephone:   610.642.8500
Facsimile:    610.649.3633
SAS@chimicles.com
ZPB@chimicles.com

James J. Rosemergy (*pro hac vice*)
Carey, Danis & Lowe LLP
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: 314.725.7700
Direct: 314.678.1064
Fax; 314.721.0905
jrosemergy@careydanis.com

Francis J. "Casey" Flynn, Jr. (CA 304712)
Law Office of Francis J. Flynn, Jr.
422 South Curson Avenue
Los Angeles, CA 90036
Telephone: 314.662.2836
casey@lawofficeflynn.com

Counsel for Plaintiff

**PURSUANT TO PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: _____          _____

United States Magistrate Judge Thomas S. Hixson

**ECF ATTESTATION**

In accordance with Local Rule 5-1(i)(3), I, Ruby H. Kazi, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.