UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONA'S LIL EATS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOORDASH, INC.,<br><br>　　　　Defendant. | Case No. 20-cv-06703-TSH<br><br>**STATUS ORDER** |

On April 16, 2021, the Court granted the parties' stipulation to continue the mediation deadline to June 24, 2021. ECF No. 46. As there has been no further docket activity, the Court **ORDERS** the parties to file a joint status report by August 2, 2021.

**IT IS SO ORDERED.**

Dated: July 19, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge