Francis J. "Casey" Flynn, Jr.
CA State Bar No. 304712
LAW OFFICE OF FRANCIS J. FLYNN, JR.
422 South Curson Avenue
Los Angeles, California 90036
Tele: 314-662-2836
Email: casey@lawofficeflynn.com

James J. Rosemergy (*pro hac vice*)
CAREY, DANIS & LOWE
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Tele: 314-725-7700
Direct: 314-678-1064
Fax: 314-721-0905
jrosemergy@careydanis.com

Steven A. Schwartz (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP
361 W. Lancaster Ave.
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
steveschwartz@chimicles.com
ZPB@chimicles.com

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| LONA'S LIL EATS, LLC, on its own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DOORDASH, INC.,<br><br>Defendant. | Case No.: 3:20-cv-06703-TSH<br><br>**JOINT STATUS REPORT** |

The parties to the above-captioned action jointly submit this Joint Status Report, pursuant to this Court's Order of July 19, 2021 [Dkt. 47]. The parties hereby advise the Court that they conducted a mediation session with Hon. Brian Walsh (ret.) on June 24, 2021. While the session was productive, final agreement was not reached. The parties, however, have scheduled a second mediation session for August 10, 2021. The parties are optimistic that the matter can be fully resolved at that time and, therefore, propose that the parties submit an additional Joint Status Report on or before August 17, 2021, to advise the Court of the status of the proceedings in the wake of that mediation session.

Dated: August 2, 2021                    */s/ Steven A. Schwartz*
                                          Counsel for plaintiff

Dated: August 2, 2021                    */s/ Emily N. Dillingham*
                                          Counsel for defendant