Francis J. "Casey" Flynn, Jr.
CA State Bar No. 304712
LAW OFFICE OF FRANCIS J. FLYNN, JR.
422 South Curson Avenue
Los Angeles, California 90036
Tele: 314-662-2836
Email: casey@lawofficeflynn.com

James J. Rosemergy (*pro hac vice*)
CAREY, DANIS & LOWE
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Tele: 314-725-7700
Direct: 314-678-1064
Fax: 314-721-0905
jrosemergy@careydanis.com

Steven A. Schwartz (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP
361 W. Lancaster Ave.
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
steveschwartz@chimicles.com
ZPB@chimicles.com

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| LONA'S LIL EATS, LLC, on its own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DOORDASH, INC.,<br><br>Defendant. | Case No.: 3:20-cv-06703-TSH<br><br>**JOINT STATUS REPORT** |

The parties to the above-captioned action jointly submit this Joint Status Report, pursuant to this Court's Order of August 2, 2021 [Dkt. 49]. The parties hereby advise the Court that they

conducted a second mediation session with Hon. Brian Walsh (ret.) on August 10, 2021. A final agreement was not reached. The parties, however, have agreed to continue negotiations and have already scheduled a meeting to further their settlement efforts. The parties believe that continuing negotiations will be productive towards the goal of reaching a resolution of this matter and, therefore, propose that the parties submit an additional Joint Status Report on or before September 13, 2021, to advise the Court of the status of the proceedings.

Dated: August 17, 2021   */s/ Steven A. Schwartz*
Counsel for plaintiff

Dated: August 17, 2021   */s/ Emily N. Dillingham*
Counsel for defendant