Francis J. "Casey" Flynn, Jr.
CA State Bar No. 304712
LAW OFFICE OF FRANCIS J. FLYNN, JR.
422 South Curson Avenue
Los Angeles, California 90036
Tele: 314-662-2836
Email: casey@lawofficeflynn.com

James J. Rosemergy (*pro hac vice*)
CAREY, DANIS & LOWE
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Tele: 314-725-7700
Direct: 314-678-1064
Fax: 314-721-0905
jrosemergy@careydanis.com

Steven A. Schwartz (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP
361 W. Lancaster Ave.
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
steveschwartz@chimicles.com
ZPB@chimicles.com

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| LONA'S LIL EATS, LLC, on its own behalf and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>DOORDASH, INC.,<br><br>　　　　　　　Defendant. | Case No.: 3:20-cv-06703-TSH<br><br>**JOINT STATUS REPORT** |

The parties to the above-captioned action jointly submit this Joint Status Report, pursuant to this Court's Order of September 13, 2021 [Dkt. 53]. The parties hereby advise the Court that they have continued negotiations. The parties believe that continuing negotiations will be productive towards the goal of reaching a resolution of this matter and, therefore, propose that the parties submit an additional Joint Status Report on or before October 11, 2021, to advise the Court of the status of the proceedings.

Dated: September 27, 2021        */s/ Zachary P. Beatty*
                                 Counsel for Plaintiff

Dated: September 27, 2021        */s/ Emily Dillinghamn*
                                 Counsel for Defendant