Francis J. "Casey" Flynn, Jr.
CA State Bar No. 304712
LAW OFFICE OF FRANCIS J. FLYNN, JR.
422 South Curson Avenue
Los Angeles, California 90036
Tele: 314-662-2836
Email: casey@lawofficeflynn.com

James J. Rosemergy (*pro hac vice*)
CAREY, DANIS & LOWE
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Tele: 314-725-7700
Direct: 314-678-1064
Fax: 314-721-0905
jrosemergy@careydanis.com

Steven A. Schwartz (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP
361 W. Lancaster Ave.
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
steveschwartz@chimicles.com
ZPB@chimicles.com

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| LONA'S LIL EATS, LLC, on its own behalf and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>  v.<br><br>DOORDASH, INC.,<br><br>                Defendant. | Case No.: 3:20-cv-06703-TSH<br><br>**JOINT STATUS REPORT** |

The parties to the above-captioned action jointly submit this Joint Status Report, pursuant to this Court's Order of September 28, 2021 [Dkt. 55]. The parties hereby advise the Court that settlement negotiations have stalled, and the case remains unsettled. The parties intend to resume litigation and, therefore, propose that they submit an Amended Joint Case Management Statement & Proposed Order on or before October 26, 2021.

Dated: October 12, 2021      */s/ Steven A. Schwartz*
                             Counsel for Plaintiff

Dated: October 12, 2021      */s/ Emily Newhouse Dillingham*
                             Counsel for Defendant