UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONA'S LIL EATS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>DOORDASH, INC.,<br><br>        Defendant. | Case No. 20-cv-06703-TSH<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

      In their most recent joint status report, the parties indicate that settlement negotiations have stalled. ECF No. 56. Accordingly, the Court shall conduct a case management conference on November 04, 2021 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/. This conference shall be attended by <u>lead</u> trial counsel. By October 28, 2021, the parties shall file an updated joint case management statement containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/tshorders. The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.

      **IT IS SO ORDERED.**

Dated: October 13, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge